```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
          IN THE UNITED STATES DISTRICT COURT            AUG 2 2 2006
          FOR THE WESTERN DISTRICT OF VIRGINIA
                   ROANOKE DIVISION              JOHN F. CORCORAN, CLERK
                                                 BY:
                                                       DEPUTY CLERK
```

TOMMY PABELLON,                )
    Petitioner,                )   Civil Action No. 7:06cv00491
                               )
v.                             )   **FINAL ORDER**
                               )
TERRY O'BRIAN, WARDEN          )   By: Samuel G. Wilson
    Respondent.                )   United States District Judge

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is **DISMISSED** without prejudice. This action is stricken from the active docket of the court.

Pabellon is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

ENTER: This 22 day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE